536

Regina Nachael HOWELL FOSTER,
petitioner, v. Areya HOLDER.
No. 16–5370.
Nov. 28, 2016.

Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* denied.

Regina Nachael HOWELL FOSTER,
petitioner, v. Areya HOLDER.
No. 16–5371.
Nov. 28, 2016.

Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* denied.